IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES STINNETT,

        Petitioner,        6:12-cv-368-AA

    v.                            ORDER

ROB PERSSON,

        Respondent.

AIKEN, District Judge.

    Respondent moves to dismiss this proceeding under 28 U.S.C. § 2254 on the grounds that it became moot upon petitioner's death. Motion to Dismiss (#20)

    Respondent has submitted the ODOC Admission and Release History of Charles Stinnett which indicates that petitioner died on Tuesday, July 10, 2012, while in custody at the Oregon State Penitentiary. Exhibit 101.

    A claim for habeas corpus relief becomes moot upon the petitioner's death. See, Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).

1 - ORDER

Respondent's Motion to Dismiss (#20) is allowed.  This action is dismissed.

DATED this 24 day of July, 2012.

_____
Ann Aiken
United State District Judge

2 - ORDER